IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>CHEVRON CORPORATION, a Delaware corporation,<br><br>Applicant,<br><br>E-TECH INTERNATIONAL, a New Mexico organization, and WILLIAM POWERS, an individual,<br><br>Respondents. | CASE NO. 10-cv-01146-IEG-WMC |

**REPORT REGARDING SELECTION OF FORENSIC EXAMINATION EXPERT PURSUANT TO FEBRUARY 11, 2011 ORDER (DKT. 107)**

Petitioner, Chevron Corporation, through counsel, Gibson, Dunn & Crutcher LLP, respectfully informs the Court that, pursuant to this Court's order of February 11, 2011 order (Dkt. 107), the parties have met and conferred regarding the selection of a neutral forensic examiner. The parties have agreed upon Christopher Pavan of 42 LLC who is willing to serve in the capacity of a neutral examiner. A true and correct copy of Mr. Pavan's CV is included as attachment A.

DATED: February 22, 2011               Respectfully submitted,


  /s/ James M. Sabovich

James M. Sabovich, Esq.
GIBSON, DUNN & CRUTCHER, LLP
3161 Michelson Drive, Suite 1200
Irvine, California 92612-4412
T: (949) 451-3939

                                      F: (949) 475-4613
                                      E: JSabovich@gibsondunn.com

                                      Attorney for CHEVRON CORPORATION

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that on February 22, 2011, all counsel and interested parties were served with the following via the Court's ECF/CM system:

**REPORT REGARDING SELECTION OF FORENSIC EXAMINATION EXPERT PURSUANT TO FEBRUARY 11, 2011 ORDER (DKT. 107)**

DATED: February 22, 2011                    GIBSON, DUNN & CRUTCHER LLP


                               /s/  James E. Sabovich

James E. Sabovich
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA  92612-4412
T:  (949) 451-3939
F:  (949) 475-4220
E:  JSabovich@gibsondunn.com

Attorney for Applicant
CHEVRON CORPORATION