# ATTACHMENT A

Document3

## *Curriculum Vitae for* Christopher Pavan

Chris is an EnCase Certified Examiner working as a consultant providing computer forensic and computer security services. Chris started his professional career serving in the U.S. Army as an Electronic Warfare Technician. After being honorably discharged, Chris continued to support U.S. Military operations around the globe as a contractor specializing in electronic warfare. Over the course of his professional career he has set up and secured U.S. classified networks for the Department of Defense and State Department, performed critical Data Recovery operations and conducted numerous forensic examinations in support of civil, criminal and military investigations. Chris maintains a steady forensic and eDiscovery caseload while performing research and development of Digital Forensics Solutions offered by 42.

## **Present Employment**

**42 LLC**  May 2007
    Computer Forensic and Computer Security Expert

## **Prior Employment**

**Southern California High Technology Crimes Task Force**  2005-2009
    Subject Matter Expert – *Volunteer*

**Guidance Software Inc.**  2005-2007
    Senior Forensic Consultant, Professional Services Division

**Independent Consultant**  2004-2005
    Computer Forensic and Computer Security Expert

**General Dynamics – Network Systems**  2001-2004
    Field Technician

**Management Technologies (MTISC)**  Jul-Oct 2001
    CTIS – Field Engineer

**Management Technologies (MTISC)**  Aug-Jul 2001
    Site 3BU FWD – Technician

**United States Army**  1996-2000
    Electronic Warfare Technician (MOS / CMF 33)

## Certifications

**EnCase Certified Examiner**      Aug 2005

## Training

| | |
|---|---|
| Electronic Warfare / Intercept Aviation Systems Repair Certificate | 1997 |
| Kennesaw State Southeast Cybercrime Institute – Basic Computer Forensics | 2005 |
| EnCase Incident Response, Forensic Analysis and Discovery Course | 2005 |
| EnCase Network Intrusion Examinations Course | 2005 |
| SANS SEC506 Securing Unix and Linux | 2006 |
| Mobile Device Forensics – Susteen Inc. & 42 LLC | Oct 2009 |

## Speaking Engagements

| | |
|---|---|
| USMC Counter Intelligence Team FIM Training | Aug 2005 |
| Mobile Phone Forensics (Intro Course) | Sept 2005 |
| Guest Lecturer – Computer Forensics, CSU Fullerton | Oct 2005 |
| Guest Lecturer - Computer Forensics, CSU Fullerton | May 2006 |
| Forensic Challenge Preparation - Cal Poly Pomona | Apr 2007 |
| CSI NetSEC '07 | Jun 2007 |
| Computer and Enterprise Investigations Conference (CEIC) | April 2008 |
| Computer and Enterprise Investigations Conference (CEIC) | April 2009 |

Computer and Enterprise Investigations Conference (CEIC)                May 2010

## Publications

**DIGITAL INVESTIGATION**                                                                Apr 2007
**The International Journal of Digital Forensics & Incident Response**
    Tackling the U3 trend with computer forensics

**ILTA Litigation Support**                                                              May 2009
**Document Forensics and Legal Holds**
    Overcoming Data Encryption for Forensic Imaging and Collections

**Mobile Device Forensics Training Manual**                                              Oct 2009
**Susteen Inc. & 42 LLC**

## Expert Witness Testimony

Landwin Group LLC v. Kimberly Wolfe - Case No.: BC335746 - Superior Court of the State of California - County of Los Angeles - Central District (2006)

Mattel Inc. v. Carter Bryant – Case No. CV04-9059 NM (RNBx) United States District Court, Central District of California, - Eastern Division (2008)

## Expert Witness Designation

State of California v. Willow Waddell – Case No.: 7PS61224-02 – Superior Court of the State of California – County of Los Angeles – Northeast District (2007)
    Appointed by Judge Deborah L. Christian under sections 730 and 952 of the Evidence Code.