GIBSON, DUNN & CRUTCHER LLP
ANDREA E. NEUMAN, SBN 149733
ANeuman@gibsondunn.com
JAMES M. SABOVICH, SBN 218488
JSabovich@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, California 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Applicant
CHEVRON CORPORATION

AGUIRRE MORRIS AND SEVERSON
MICHAEL J. AGUIRRE, SBN 060402
maguirre@amslawyers.com
CHRISTOPHER S. MORRIS, SBN 163188
cmorris@smslawyers.com
MARIA SEVERSON, SBN 173967
mseverson@amslawyers.com
444 West C Street, Suite 210
San Diego, CA 92101
Telephone:  (619) 876-5364
Fax:  (619) 876-5368

Attorneys for Respondent
WILLIAM POWERS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>CHEVRON CORPORATION, a Delaware corporation,<br><br>Applicant,<br><br>E-TECH INTERNATIONAL, a New Mexico organization, and WILLIAM POWERS, an individual,<br><br>Respondents. | CASE NO. 10-cv-1146-IEG-WMC<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL**<br><br>Judge:        Irma E. Gonzalez<br>Dept.:         Courtroom 1, Fourth Floor |

Chevron Corporation and William Powers respectfully move for dismissal of this action and hereby stipulate as follows:

Pursuant to Section 41(a)(2) of the Federal Rules of Civil Procedure, and the Court's order of March 21, 2012 (Dkt. 123), Applicant Chevron Corporation ("Chevron") and Respondent William Powers ("Respondent") (collectively the "Parties") hereby stipulate and agree as follows:

WHEREAS, Applicant filed an action entitled In re Application of Chevron Corporation, Case No. 10-cv-1146-IEG-WMC in the United States District Court for the Southern District of California on May 27, 2010 (the "Action");

WHEREAS, the Parties agree that the Action should be dismissed without prejudice;

THEREFORE, the Parties, by and through their respective counsel, hereby request that the Court enter an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing the Action without prejudice.  Respondent and Chevron shall bear their own costs and fees as against each other but without prejudice to claims against others.

DATED:  April 4, 2012          Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

    /s/ James M. Sabovich
James M. Sabovich, Esq.

3161 Michelson Drive
Irvine, CA  92612-4412
T:  (949) 451-3939
F:  (949) 451-4220
E:  JSabovich@gibsondunn.com

Attorneys for Applicant
CHEVRON CORPORATION


AGUIRRE MORRIS & SEVERSON

    /s/ Maria Severson (by consent)
Maria Severson, Esq.

444 West C Street, Suite 210
San Diego, CA 92101
T:  (619) 876-5364
F:  (619) 876-5368
E:  mseverson@amslawyers.com

Attorneys for Respondent
WILLIAM POWERS

2

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that on April 4, 2012, all counsel and interested parties were served with the following via the Court's ECF/CM system:

**JOINT MOTION AND STIPULATION FOR DISMISSAL**

DATED:   April 4, 2012			GIBSON, DUNN & CRUTCHER LLP

	/s/ James M. Sabovich
	James M. Sabovich, Esq.

	3161 Michelson Drive
	Irvine, CA  92612-4412
	T:  (949) 451-3939
	F:  (949) 451-4220
	E:  JSabovich@gibsondunn.com

	Attorneys for Applicant
	CHEVRON CORPORATION

*101059385_1.DOC*