# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of | CASE NO. 10cv1146-IEG(WMc) |
| CHEVRON CORPORATION, a Delaware corporation, | Order Joint Motion to Dismiss |
| Applicant, | |
| vs. | |
| E-TECH INTERNATIONAL, a New Mexico organization, and WILLIAM POWERS, an individual, | |
| Respondents. | |

The parties' joint motion to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(2) is GRANTED. The case is ordered DISMISSED without prejudice, with each party to bear their own costs and fees as against each other.

**IT IS SO ORDERED**.

**DATED: April 6, 2012**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**